IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDY ALSTROM and DALE ALSTROM,

    Plaintiffs,

v.

JOHNSON & JOHNSON SERVICES, et al.,

    Defendants.

No. C 13-02224 SI

**RECUSAL ORDER**

    I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 5/23/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE