1  Alexander G. Calfo, Bar No. 152891
   *alexander.calfo@btlaw.com*
2  Kelley S. Olah, Bar No. 245180
   *kelley.olah@btlaw.com*
3  **BARNES & THORNBURG LLP**
   2049 Century Park East, Suite 3550
4  Los Angeles, California  90067
   Telephone:    (310) 284-3880
5  Facsimile:    (310) 284-3894

6  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; JOHNSON &
7  JOHNSON SERVICES, INC.; JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
8  Johnson, Inc.") and DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
9  International, Ltd.")

10

11                        **UNITED STATES DISTRICT COURT**

12          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13
   JUDY ALSTROM AND DALE            CASE NO. CV13-02224-SI   EMC
14 ALSTROM,

15              Plaintiff,          **[PROPOSED] ORDER RE: STIPULATION TO
                                    STAY ALL PROCEEDINGS**

16       v.                         JURY TRIAL DEMANDED

17 JOHNSON & JOHNSON SERVICES,      Trial Date:   None Set
   INC.; JOHNSON & JOHNSON, INC.;
18 DEPUY ORTHOPAEDICS, INC.; DEPUY
   INTERNATIONAL, LTD.; THOMAS P.
19 SCHMALZRIED, M.D., THOMAS P.
   SCHMALZRIED, M.D., A
20 PROFESSIONAL CORPORATION and
   DOES 1 through 20, inclusive,
21
                Defendants.
22

23

24       TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

25       Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs JUDY

26 ALSTROM and DALE ALSTROM and Defendants DEPUY ORTHOPAEDICS, INC.,

27 JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as

28 "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as

BARNES &
THORNBURG LLP                          - 1 -                           CV13-02224-SI
ATTORNEYS AT LAW
LOS ANGELES

1    "DePuy International, Ltd."), THOMAS P. SCHMALZRIED, M.D. and THOMAS P.

2    SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION (hereafter collectively "the

3    Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good

4    cause shown, it is hereby ORDERED that:

5            1.      The Parties' request for a stay of proceedings is GRANTED;

6            2.      All proceedings in this action are hereby stayed, pending a decision by the Judicial

7    Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy

8    Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

9            3.      Deadlines relating to any outstanding responsive pleading are extended pending

10   entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline

11   to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order

12   Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court

13   may issue.

14

15           PURSUANT TO STIPULATION, IT IS SO ORDERED.

16
                        5/29
17   Dated: _____, 2013         _____
                                        UNITED STATES DISTRICT JUDGE



18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

CV13-02224-SI

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS